**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **MARLENE WISKUR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 2:15-cv-0050** |
| **v.** | ) | |
| | ) | **Judge Sharp** |
| **CAROLYN W. COLVIN,** | ) | **Magistrate Judge Bryant** |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that *Plaintiff's Motion for Judgment on the Administrative Record* (Docket Entry No. 12) be denied. (Docket Entry No. 15).

No response in opposition was filed to the R & R. Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R of the Magistrate Judge.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 15) is hereby ACCEPTED and APPROVED;

(2) *Plaintiff's Motion for Judgment on the Administrative Record* (Docket Entry No. 12) is hereby DENIED, and the Commissioner's decision is AFFIRMED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE